# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

**In the United States District Court**
**District of** Massachusetts

Johnny Cyrus

Enter above the full name of the plaintiff in this action.

**VS.**
David L. Winn, et al

F.M.C. Devens Staff

Enter above the full name of the defendant or defendants in this action.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff   Johnny Cyrus

   Current Address   P.O. Box 879, Ayer, Massachusetts 01432-0879

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant   David L. Winn, et al,   is

   employed as   Warden

   at   F.M.C. Devens Prison

C. Additional Defendants   Doctor, Newman, Unit Manager, V. Fernandez
   Discipline Hearing Office, D. Bracy and other unnamed Staff

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. (Attach additional sheet if necessary).

Pro Se was placed in segregation in a non-handicap cell that had no rails to help Pro Se from the wheelchair to the bed or toilet, Pro Se was denied access to pen, paper and stamps to excise the right to administrative remedy and due process, Pro Se was given a bed pan and a urinal bottle after Defendants realized that Pro Se was unable to manage in the cell without the proper handicap rails. On September 30, 2003 Pro Se losses six(6) month personal property and commissary for deficating on the floor of the cell. See: Pro Se Statement attached

### III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) Pro Se request that the Warden and his staff be investigation for the allegations set forth by the Pro Se and the a civil action claim of $1,000,000.00 for pain and suffering and mental anguish caused by the actions of the Defendants staff

(x) **Jury Trial**      ( ) **Non-Jury Trial**

### IV. Place of present confinement F.M.C. Devens Prison

A. Is there a prisoner grievance procedure in this Institution? (x) **Yes**    ( ) **No**

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

(x) **Yes**    ( ) **No**

C. If your answer is **Yes**:

1. What steps did you take? Pro Se has tried to file grievance but was denied access to administrative remedies as well as paper and pen by staff

2. What was the result? awaiting assistance by the regional office

2.

D. If your answer is **NO**, explain why not. _____
_____

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
( ) Yes     ( ) No

F. If your answer is **YES**:
1. What steps did you take? _____
_____

2. What was the result? _____
_____

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(x) Yes     ( ) No

B. If your answer to A is **YES**: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

   Plaintiff(s) ___Johnny Cyrus_____

   Defendants ___David L. Winn, et al    (Warden)_____
   ___Veronica Fernandez    (Unit Manager)_____

2. Court (if federal court, name the District; if state court, name county): _Massachusetts_

3. Docket number: _02-40095-WGY and 03-40134-GAO_

4. Name of Judge to whom case was assigned _Judge Young and Judge O'Tool_

5. Disposition (was the case dismissed? Appealed? Still pending?) _Still pending_

6. Approximate date of filing lawsuit _2002 and 2003_

7. Approximate date of disposition _none at this time_

**I declare under penalty of perjury that the foregoing is true and correct.**

_Oct 14, 2003_                             _Johnny Cyrus_
    (Date)                          (Signature of Plaintiff)

3.